UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| COYLE NISSAN, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 4:18-cv-75-TWP-TAB |
| | ) | |
| NISSAN NORTH AMERICA, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION FOR LEAVE TO WITHDRAW APPEARANCE</u>**

Comes now Jeffrey B. Halbert, of the law firm of Bose McKinney & Evans LLP, counsel of record for Coyle Nissan, LLC and pursuant to S.D. Ind. L.R. 83-7(c)(4), respectfully requests leave to withdraw his appearance on behalf of Plaintiff, and states as grounds therefor:

1.      Ronald C. Smith and Jeffrey B. Halbert are currently counsel of record for Plaintiff in above-captioned cause of action.

2.      Ronald C. Smith will remain as lead counsel for Plaintiff.

3.      The undersigned counsel is requesting leave to withdraw his appearance on behalf of Plaintiff.

4.      The effective date of this withdrawal would be immediately upon the Court signing the order granting this motion.

WHEREFORE, Jeffrey B. Halbert of the law firm of Bose McKinney & Evans LLP respectfully requests leave to withdraw his appearance as counsel for Plaintiff, Coyle Nissan, LLC, in the above-captioned cause of action and for all other appropriate relief.

Respectfully submitted,

*s/Jeffrey B. Halbert*
Jeffrey B. Halbert (#22727-49)

BOSE McKINNEY & EVANS LLP
111 Monument Circle, Suite 2700
Indianapolis, IN 46204
Telephone:    (317) 684-5000
Fax:              (317) 684-5173
JHalbert@boselaw.com

*Attorney for Plaintiff, Coyle Nissan, LLC*


CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2018, a copy of the foregoing "Motion for Leave to Withdraw Appearance" was filed electronically. A copy of this filing will be sent to the following counsel of record by operation of the Court's electronic filing system.

William C. Wagner
Taft Stettinius & Hollister LLP
One Indiana Square, Suite 3500
Indianapolis, IN 46204
WWagner@taftlaw.com

Steven J. Wells
Erik D. Ruda
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
Wells.steve@dorsey.com
Ruda.erik@dorsey.com

*s/Jeffrey B. Halbert*
Jeffrey B. Halbert

3470910