**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**NEW ALBANY DIVISION**

| | |
|---|---|
| COYLE NISSAN, LLC, | ) |
| | ) |
| Plaintiff/Counter Defendant, | ) |
| | ) |
| v. | )     No. 4:18-cv-00075-TWP-TAB |
| | ) |
| NISSAN NORTH AMERICA, INC., | ) |
| | ) |
| Defendant/Counter Claimant. | ) |

**FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58**

All claims and counterclaims having now been resolved in this action, the Court now enters

**FINAL JUDGMENT**:

Pursuant to the Court's Order on Defendant's Motion to Dismiss, the following claims of

the **Amended Complaint** are **dismissed with prejudice**: Count II failure to bargain in good faith

and deal fairly, Count IV breach of fiduciary duty, Count VII violation of Indiana Code § 9-32-

13-8, Count VIII violation of Indiana Code § 9-32-13-13, and Count IX violation of Indiana Code

§ 9-32-13-27.

Pursuant to the Court's Entry on Defendant's Motion for Summary Judgment, **judgment is**

**entered** against Plaintiff Coyle Nissan, LLC and in favor of Defendant Nissan North America,

Inc., on the following claims of the **Amended Complaint**: Count I breach of contract, Count III

violation of California law – covenant of good faith, Count V violation of Indiana Code § 23-2-

2.7-2(1)(iv), Count VI violation of Indiana Code § 23-2-2.7-2(5), Count X violation of 15 U.S.C.

§ 1221, Count XI violation of the Robinson-Patman Act – 15 U.S.C. § 13(a), and Count XII

declaratory judgment.

Count I breach of contract, Count II violation of California law – covenant of good faith, and Count III violation of Indiana Code § 23-2-2.7-2(5) of the **Supplemental Complaint** were duly tried by the jury, and **judgment as a matter of law** under Rule 50 was entered against Plaintiff Coyle Nissan, LLC and in favor of Defendant Nissan North America, Inc. on Count III violation of Indiana Code § 23-2-2.7-2(5). The jury rendered its verdict against Plaintiff Coyle Nissan, LLC and in favor of Defendant Nissan North America, Inc. on Count I breach of contract and Count II violation of California law – covenant of good faith.

Counterclaim Count I breach of contract and Counterclaim Count II declaratory judgment were duly tried by the jury, and **judgment as a matter of law** under Rule 50 was entered against Counter Claimant Nissan North America, Inc. and in favor of Counter Defendant Coyle Nissan, LLC on Counterclaim Count II declaratory judgment.

The jury rendered its verdict on Counterclaim Count I breach of contract in favor of Counter Claimant Nissan North America, Inc. and against Counter Defendant Coyle Nissan, however the jury determined that Nissan North America was not harmed by Coyle's breach of contract.

Judgment is entered accordingly, and this cause is **TERMINATED**.

Dated: 9/1/2022

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
        Deputy Clerk

Distribution:

Anna K.B. Finstrom
DORSEY & WHITNEY LLP
finstrom.anna@dorsey.com

Evan Livermore
DORSEY & WHITNEY LLP
livermore.evan@dorsey.com

Steven J. Wells
DORSEY & WHITNEY LLP
wells.steve@dorsey.com

Jennifer Coates
DORSEY & WHITNEY LLP
coates.jennifer@dorsey.com

William C. Wagner
TAFT STETTINIUS & HOLLISTER
wwagner@taftlaw.com

Brad S. Keeton
STOLL KEENON OGDEN, PLLC
brad.keeton@skofirm.com

Ronald C. Smith
STOLL KEENON OGDEN, PLLC
Ron.Smith@skofirm.com

Kirby A Black
STOLL KEENON OGDEN, PLLC
kirby.black@skofirm.com

Joseph H. Langerak, IV
STOLL KEENON OGDEN, PLLC
joe.langerak@skofirm.com

Christopher DeVito
MORGANSTERN, MACADAMS &
DEVITO CO., L.P.A.
ChrisMDeVito@gmail.com