## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
## NEW ALBANY DIVISION

COYLE NISSAN, LLC,              )
                                      )
       Plaintiff/Counter Defendant,  )
                                        )
                 v.                   )      No. 4:18-cv-00075-TWP-TAB
                                        )
NISSAN NORTH AMERICA, INC.,   )
                                        )
       Defendant/Counter Claimant.   )

## AMENDED FINAL JUDGMENT PURSUANT TO FED. R. CIV. PRO. 58

All claims and counterclaims having now been resolved in this action, the Court now enters

**FINAL JUDGMENT**:

Pursuant to the Court's Order on Defendant's Motion to Dismiss, the following claims of

the **Amended Complaint** are **dismissed with prejudice**: Count II failure to bargain in good faith

and deal fairly, Count IV breach of fiduciary duty, Count VII violation of Indiana Code § 9-32-

13-8, Count VIII violation of Indiana Code § 9-32-13-13, and Count IX violation of Indiana Code

§ 9-32-13-27.

Pursuant to the Court's Entry on Defendant's Motion for Summary Judgment, **judgment is**

**entered** against Plaintiff Coyle Nissan, LLC and in favor of Defendant Nissan North America,

Inc., on the following claims of the **Amended Complaint**: Count I breach of contract, Count III

violation of California law – covenant of good faith, Count V violation of Indiana Code § 23-2-

2.7-2(1)(iv), Count VI violation of Indiana Code § 23-2-2.7-2(5), Count X violation of 15 U.S.C.

§ 1221, Count XI violation of the Robinson-Patman Act – 15 U.S.C. § 13(a), and Count XII

declaratory judgment.

Count I breach of contract, Count II violation of California law – covenant of good faith,

and Count III violation of Indiana Code § 23-2-2.7-2(5) of the **Supplemental Complaint** were

duly tried by the jury, and **judgment as a matter of law** under Rule 50 was entered against Plaintiff Coyle Nissan, LLC and in favor of Defendant Nissan North America, Inc. on Count III violation of Indiana Code § 23-2-2.7-2(5). The jury rendered its verdict against Plaintiff Coyle Nissan, LLC and in favor of Defendant Nissan North America, Inc. on Count I breach of contract and Count II violation of California law – covenant of good faith.

Counterclaim Count I breach of contract and Counterclaim Count II declaratory judgment were duly tried by the jury. The jury rendered its verdict on Counterclaim Count I breach of contract in favor of Counter Claimant Nissan North America, Inc. and against Counter Defendant Coyle Nissan; however, the jury determined that Nissan North America was not harmed by Coyle's breach of contract.

Consistent with the jury's verdict, the Court **enters declaratory judgment** on Counterclaim Count II in favor of Counter Claimant Nissan North America, Inc. and against Counter Defendant Coyle Nissan, and the Court **declares** that Coyle Nissan breached Amendment No. 2 to the Nissan Dealer Sales and Service Agreement.

Judgment is entered accordingly, and this cause is **TERMINATED**.

Dated: 7/31/2023

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk of Court

By: _____
        Deputy Clerk

Distribution:

Kirby A Black
Stoll Keenon Ogden PLLC
kirby.black@skofirm.com

Anna K. Boyle
DORSEY & WHITNEY LLP
boyle.anna@dorsey.com

Jennifer Coates
Dorsey & Whitney LLP
coates.jennifer@dorsey.com

Christopher Michael DeVito
Morganstern, MacAdams & DeVito Co.
ChrisMDeVito@gmail.com

Joseph H. Langerak, IV
Stoll Keenon Ogden PLLC
joe.langerak@skofirm.com

Evan Livermore
DORSEY & WHITNEY
livermore.evan@dorsey.com

Ronald C. Smith, I
Stoll Keenon Ogden PLLC
Ron.Smith@skofirm.com

William C. Wagner
TAFT STETTINIUS & HOLLISTER LLP
wwagner@taftlaw.com

Steven J. Wells
DORSEY & WHITNEY LLP
wells.steve@dorsey.com